IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

DARRELL MORRIS, )
　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　)
v. ) Case No. CIV-16-1297-D
　　　　　　　　　　　　　　　　　)
GOVERNOR MARY FALLIN, *et al.*, )
　　　　　　　　　　　　　　　　　)
　　　　　Defendants. )

# **O R D E R**

This matter comes before the Court for review of the Report and Recommendation [Doc. No. 33] of United States Magistrate Judge Shon T. Erwin, which recommends the denial of Plaintiff's Motion for a Permanent Restraining Order and Preliminary Injunction [Doc. No. 31]. Judge Erwin issued the Report on March 29, 2017, pursuant to 28 U.S.C. § 636(b)(1)(B)-(C). Plaintiff, who appears *pro se*, has made several filings since that date, but all of the filings are directed to a separate Report and Recommendation [Doc. No. 34] issued the same day.[1]

Plaintiff has neither filed a timely objection nor requested additional time to object to the Report regarding his Motion, although he was expressly advised of the right to object, the deadline for objections, and the consequences of failing to object. *See* R&R [Doc. No. 33] at 3. The Court therefore finds Plaintiff has waived further review. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121*

---

[1] In that Report, Judge Erwin conducts a preliminary review of the Amended Complaint and recommends the dismissal of numerous claims.

*E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Further, upon *de novo* consideration, the Court finds Judge Erwin's reasons for denying Plaintiff's Motion, which is governed by Fed. R. Civ. P. 65, are sound. Thus, the Court concurs in the recommendation for denial of Plaintiff's Motion for equitable relief.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 33] is ADOPTED. Plaintiff's Motion for a Permanent Restraining Order and Preliminary Injunction [Doc. No. 31] is DENIED.

IT IS SO ORDERED this 2nd day of April 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE