IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

DARRELL MORRIS,           )
                          )
    Plaintiff,             )
                          )
v.                         )    Case No. CIV-16-1297-D
                          )
GOVERNOR MARY FALLIN, *et al.*,  )
                          )
    Defendants.            )

# O R D E R

This matter comes before the Court for review of the Report and Recommendation [Doc. No. 50] issued by United States Magistrate Judge Shon T. Erwin on July 25, 2017, pursuant to 28 U.S.C. § 636(b)(1)(B)-(C). Judge Erwin recommends the denial of Plaintiff's motion for injunctive relief filed July 21, 2017 [Doc. No. 45]. After obtaining an extension of the deadline to object, Plaintiff has filed a timely written objection [Doc. No. 65]. The Court must make a *de novo* determination of portions of the Report to which a specific objection is made, and may accept, modify, or reject the recommended decision. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiff, a state prisoner appearing *pro se* and *in forma pauperis*, brings this action seeking declaratory and injunctive relief and damages under 42 U.S.C. § 1983 on numerous claims regarding his confinement by the Oklahoma Department of Corrections. The instant Motion concerns only a request that the medical staff at his current place of confinement continue the same treatment he had received at a prior facility and provide certain services. Judge Erwin finds that Plaintiff has failed to justify the relief sought. Plaintiff's objection

contains no effective challenge to this finding. Further, upon *de novo* consideration, the Court finds no basis in the record to disagree with Judge Erwin's recommendation for denial of the Motion.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 50] is ADOPTED as though fully set forth herein. Plaintiff's "Motion for Injunction (Permanent Restraining Order) on JLCC Medical to Maintain Previous Treatment" [Doc. No. 45] is DENIED.

IT IS SO ORDERED this 1st day of September, 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE