IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DARRELL MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-16-1297-D |
| | ) | |
| GOVERNOR MARY FALLIN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

This matter is before the Court upon Plaintiff's *pro se* filing, entitled "Motion Appealing Order filed 6/23/17 by the Honorable Timothy D. DeGiusti" [Doc. No. 46]. Liberally construed, Plaintiff moves for reconsideration of the Court's Order of June 23, 2017 [Doc. No. 43], adopting the magistrate judge's Report and Recommendation [Doc. No. 34] to dismiss certain claims and parties, and permit Plaintiff to proceed only on the plausible claims stated in the Amended Complaint [Doc. No. 29].

Upon consideration, the Court finds that Plaintiff's motion to reconsider falls within a district court's inherent authority to revise interlocutory orders at any time before the entry of a final judgment. *See Warren v. Am. Bankers Ins.*, 507 F.3d 1239, 1243 (10th Cir. 2007); *Riggs v. Scrivner, Inc.*, 927 F.2d 1146, 1148 (10th Cir. 1991). The Court further finds, however, that Plaintiff fails to present any proper grounds warranting reconsideration of the prior ruling. *See Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000); *see also United States v. Christy*, 739 F.3d 534, 539 (10th Cir. 2014); *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991).

IT IS THEREFORE ORDERED that Plaintiff's "Motion Appealing Order filed 6/23/17 by the Honorable Timothy D. DeGiusti" [Doc. No. 46], construed as a motion for reconsideration is DENIED.

IT IS SO ORDERED this 1st day of September, 2017.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE